**Fill in this information to identify the case:**

Debtor 1: Karena-Valencia Opal LaTr James-Scott
(First Name / Middle Name / Last Name)

Debtor 2: Daniel Cornelius Scott
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of ILLINOIS

Case number (if known): 16 B 22476

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** The debtor must pay the $335 filing fee according to the following terms: ~~Debtor(s) failed to appear at the scheduled 341 meeting.~~

| You must pay... | On or before this date... |
|---|---|
| $ 83.75 | 9/1/16 |
| $ 83.75 | 10/1/16 |
| $ 83.75 | 11/1/16 |
| + $ 83.75 | 12/1/16 |
| **Total** $ 335.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ Month / day / year     at _____     AM / PM at _____ Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

8/19/16
Month / day / year

By the court: _____
United States Bankruptcy Judge